Submitted on record and briefs August 10, reversed September 9, 1992

In the Matter of Rhonda Jo Brown,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## Rhonda Jo BROWN,
*Appellant.*

(92-0030MC; CA A73730)

836 P2d 1377

Ronald K. Cue, Ashland, filed the brief for appellant.

Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, Michael D. Reynolds, Assistant Attorney General, and John R. Payne, Certified Law Student, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Joseph, Chief Judge, and Durham, Judge.

PER CURIAM

**PER CURIAM**

In this civil commitment case, the state concedes that the trial court erred in finding that appellant is a mentally ill person in need of commitment.

Appellant seems to concede that she has a mental disorder. The medical examiner diagnosed her as suffering from schizophrenia. However, appellant argues, and the state concedes, that the record does not contain clear and convincing evidence to support the trial court's finding that appellant is unable to meet her basic needs or is dangerous to others. We accept the concession.

Reversed.